| | |
|---|---|
| 1 | LINDBERGH PORTER, Bar No. 100091 |
| 2 | RICHARD H. RAHM, Bar No. 130728<br>ALISON S. HIGHTOWER, Bar No. 112429 |
| 3 | LITTLER MENDELSON<br>A Professional Corporation |
| 4 | 650 California Street, 20th Floor<br>San Francisco, CA 94108.2693 |
| 5 | Telephone: 415.433.1940 |
| 6 | Attorneys for Defendant<br>WELLS FARGO BANK, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL COBB, | Case No. 3:10-CV-02846 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED]**<br>**ORDER EXTENDING TIME TO**<br>**EXCHANGE INITIAL DISCLOSURES** |
| v. | |
| WELLS FARGO BANK, N.A., | **[FED. R. CIV. P. 26 (A)(1)]** |
| Defendant. | |

WHEREAS Plaintiff requested that the parties exchange Rule 26 Disclosures to fill in any gaps in discovery pending anticipated mediation on April 16, 2012;

WHEREAS this Court ordered such disclosures by March 30, 2012 in this and nine other pending cases between plaintiffs represented by the same counsel and Defendant Wells Fargo Bank, N.A. making similar allegations;

WHEREAS the exigencies of gathering information for ten cases justifies granting the parties additional time in order to provide complete disclosures;

Plaintiff and Defendant hereby stipulate to extend the time to exchange initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, by one week, to April 6, 2012.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER RE INITIAL DISCLOSURES | 1. | Case No. 3:10-CV-02846 EMC

IT IS SO STIPULATED.

Dated: March 27, 2012

/s/ Kevin J. McInerney
Kevin J. McInerney
McINERNEY & JONES
Attorneys for Plaintiff

Dated: March 27, 2012

/s/ Lindbergh Porter, Jr.
LINDBERGH PORTER, JR.
LITTLER MENDELSON, P.C.
Attorneys for Defendant
WELLS FARGO BANK, N.A.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 30, 2012

THE HONORABLE
JUDGE OF THE
DISTRICT COURT

IT IS SO ORDERED
Judge Edward M. Chen

Firmwide:110035786.1 051995.1020

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER RE INITIAL DISCLOSURES | 2. | Case No. 3:10-CV-02846 EMC