1  LINDBERGH PORTER, Bar No. 100091
   RICHARD H. RAHM, Bar No. 130728
2  ALISON S. HIGHTOWER, Bar No. 112429
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA  94108.2693
   Telephone:   415.433.1940
5

6  Attorneys for Defendant
   WELLS FARGO BANK, N.A.

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 DANIEL COBB,                    Case No.  3:10-CV-02846 EMC

12            Plaintiff,           STIPULATION AND [PROPOSED]
                                   ORDER EXTENDING TIME TO
13      v.                         EXCHANGE INITIAL DISCLOSURES

14 WELLS FARGO BANK, N.A.,         [FED. R. CIV. P. 26 (A)(1)]

15            Defendant.

16

17

18

19         WHEREAS Plaintiff requested that the parties exchange Rule 26 Disclosures to fill in

20 any gaps in discovery pending anticipated mediation on April 16, 2012;

21         WHEREAS this Court ordered such disclosures by March 30, 2012 in this and nine

22 other pending cases between plaintiffs represented by the same counsel and Defendant Wells Fargo

23 Bank, N.A. making similar allegations;

24         WHEREAS the exigencies of gathering information for ten cases justifies granting

25 the parties additional time in order to provide complete disclosures;

26         Plaintiff and Defendant hereby stipulate to extend the time to exchange initial

27 disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, by one week, to

28 April 6, 2012.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND ORDER RE INITIAL
DISCLOSURES                              1.                  Case No. 3:10-CV-02846 EMC

1    IT IS SO STIPULATED.

2    Dated: March 27, 2012

3                                          /s/ Kevin J. McInerney
                                           Kevin J. McInerney
4                                          McINERNEY & JONES
                                           Attorneys for Plaintiff
5

6    Dated: March 27, 2012

7

8                                          /s/ Lindbergh Porter, Jr.
                                           LINDBERGH PORTER, JR.
9                                          LITTLER MENDELSON, P.C.
                                           Attorneys for Defendant
10                                         WELLS FARGO BANK, N.A.

11

12          PURSUANT TO STIPULATION, IT IS SO ORDERED.

13   Dated: March __, 2012

14

15   _____
     THE HONORABLE
16   JUDGE OF THE
     DIST
17

18   Firmwide:110035786.1 051995.1020

19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND ORDER RE INITIAL
DISCLOSURES                           2.                    Case No. 3:10-CV-02846 EMC