Kevin J. McInerney, Esq. (46941)
kevin@mcinerneylaw.net
Kelly McInerney, Esq. (200017)
kelly@mcinerneylaw.net
Charles A. Jones, Esq. (224915)
caj@mcinerneylaw.net
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Telephone:    (775) 849-3811
Facsimile:    (775) 849-3866

James F. Clapp, Esq. (145814)
jclapp@sdlaw.com
Zachariah P. Dostart, Esq. (255071)
zdostart@sdlaw.com
DOSTART CLAPP & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone:    (858) 623-4200
Facsimile:    (858) 623-4299

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL COBB,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Civil Case No. 3:10-cv-02846 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

1                             STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: May 23, 2012  /s/ Kevin J. McInerney
Kevin J. McInerney
*Attorney for Plaintiff*

Dated: May 23, 2012  /s/ Lindbergh Porter, Jr.
Lindbergh Porter, Jr.
*Attorney for Defendant*

IT IS SO ORDERED.

_____
Honorable Edward M. Chen
United States District Judge

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

2  STIPULATION OF DISMISSAL

**PROOF OF SERVICE**
*Daniel Cobb v. Wells Fargo Bank, N.A.*
**United States District Court, Northern District of California**
**Case No. 3:10-cv-02846 EMC**

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On May 23, 2012, I served the foregoing document(s) described as:

   STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

on all interested parties in this action addressed to the addressee as follows:

| | |
|---|---|
| Lindbergh Porter, Jr., Esq. | James F. Clapp, Esq. |
| lporter@littler.com | jclapp@sdlaw.com |
| Richard H. Rahm, Esq. | Zachariah P. Dostart, Esq. |
| rrahm@littler.com | zdostart@sdlaw.com |
| LITTLER MENDELSON, PC | DOSTART CLAPP & COVENEY, LLP |
| 650 California St., 22nd Floor | 4370 La Jolla Village Drive, Suite 970 |
| San Francisco, CA 94108 | San Diego, CA 92122 |
| Telephone:   (415) 433-1940 | Telephone:   (858) 623-4200 |
| Facsimile:   (415) 399-8490 | Facsimile:   (858) 623-4299 |

<u>XX</u>  By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

 I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on May 23, 2012 at Reno, Nevada.

                _____
                Jennifer Smith

PROOF OF SERVICE